PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 5:23-MJ-00026-CDB |
| Plaintiff, | [PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT |
| v. | |
| RAMON MALDONADO JR. and JESUS RAMOS, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached redated complaint in the above-captioned matter be, and is, unsealed.

Dated: August 14, 2023

_____
The Honorable Christopher D. Baker
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT