1   PHILLIP A. TALBERT
    United States Attorney
2   KAREN A. ESCOBAR
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:23-CR-169 JLT-SKO

12                      Plaintiff,         STIPULATION AND ORDER REGARDING
                                           EXCLUDABLE TIME PERIODS UNDER SPEEDY
13              v.                         TRIAL ACT;

14  RAMON MALDONADO, JR., AND              DATE: December 6, 2023
                                           TIME: 1:00 p.m.
15  JESUS ANTONIO MUNOZ,                   COURT: Hon. Sheila K. Oberto

                        Defendants.
16

17                              **STIPULATION**

18      1.      By previous order, this matter was set for status on December 6, 2023.

19      2.      By this stipulation, defendants now move to continue the status conference until April 17,

20  2024, and to exclude time between December 6, 2023, and April 17, 2024, under Local Code T4.

21      3.      The parties agree and stipulate, and request that the Court find the following:

22          a)      The government has represented that the discovery associated with this case

23  includes 275 Bates Stamped pages of material, including recordings and photographs.  All of this

24  discovery has been either produced directly to counsel and/or made available for inspection and

25  copying.

26          b)      Counsel for defendants desire additional time to consider the government's plea

27  offers dated September 6, 2023.

28          c)      Counsel for defendants believe that failure to grant the above-requested

STIPULATION REGARDING EXCLUDABLE TIME              1
PERIODS UNDER SPEEDY TRIAL ACT

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2023 to April 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  November 22, 2023

PHILLIP A. TALBERT
United States Attorney


/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney


Dated:  November 22, 2023

/s/ Alexxia L. Torres Stalling
Alexxia L. Torres Stalling
Counsel for Defendant
Ramon Maldonado, Jr.

Dated:  November 22, 2023

/s/ Roger Shahriar Bonakdar
Roger Shahriar Bonakdar
Counsel for Defendant
Jesus Antonio Munoz


**ORDER**

IT IS SO ORDERED.


DATED: 11/27/2023

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE