PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>RAMON MALDONADO, JR.,<br><br>                            Defendant. | CASE NO.  1:23-CR-169 JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: August 21, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1.      By previous order, this matter was set for status on August 21, 2024.

2.      By this stipulation, defendants now move to vacate the status conference and set the matter for a change of plea on September 30, 2024, and to exclude time between August 21, 2024, and September 30, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      Counsel for defendant MALDONADO desires additional time to review the plea agreement with the defendant.

      b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)      The government does not object to the continuance.

      d)      Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2024 to September 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  August 13, 2024

/s/ Alekxia L. Torres Stalling
Alekxia L. Torres Stalling
Counsel for Defendant
Ramon Maldonado, Jr.

**ORDER**

The parties' request for vacating the status conference pending the filing of a plea agreement is DENIED. The parties may renew their request after the plea agreement has been signed and filed.

IT IS SO ORDERED.

Dated:  __**August 14, 2024**__          _____/s/ *Sheila K. Oberto*_____
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2