**TORRES | TORRES-STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, State Bar No. 296418
1318 "K" Street
Bakersfield, CA 93301
Tel: (661) 326-0857
email: lextorres@lawtorres.com

Attorneys for Defendant
RAMON MALDONADO, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON MALDONADO, JR.,<br><br>Defendant | Case No.: 1:23-CR-00169-JLT-SKO-1<br><br>**STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET CHANGE OF PLEA DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE

JENNIFER L. THURSTON, AND KAREN ESCOBAR, ASSISTANT UNITED STATES

ATTORNEY:

**COMES NOW** Defendant, RAMON MALDONADO, JR. by and through his attorney of record, ALEKXIA TORRES STALLINGS hereby requesting that the Jury Trial date currently set for March 4th, 2025 at 8:30am, be vacated. Counsel is also requesting that the Change of Plea Date be set for January 21st, 2025, at 8:30 am.

Counsel has had the opportunity to discuss this matter with AUSA Karen Escobar, both parties have agreed to requesting that the Jury Trial date be vacated, and the Change of Plea date be set. Both parties have reached a disposition on the matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: December 4, 2024                                     Respectfully Submitted,

                                                            */s/ Alekxia Torres Stallings*
                                                            Alekxia Torres Stalling
                                                            Attorney for Ramon Maldonado, Jr.

Dated: December 4, 2024                                     */s/Karen Escobar*
                                                            Karen Escobar
                                                            Assistant United States Attorney

## ORDER

**IT IS SO ORDERED** that the Jury Trial date currently set for March 4, 2025, at 8:30a.m., be vacated, and the Change of Plea date be set to January 21, 2025, at 9:00a.m.

IT IS SO ORDERED.

   Dated:   **December 4, 2024**

                                                            UNITED STATES DISTRICT JUDGE