**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
RAMON MALDONADO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON MALDONADO,<br><br>    Defendant | Case No.: 1:23-CR-00169-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNFIER L. THURSTON, AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAMON MALDONADO, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday, August 4, 2025, at 11:30 a.m. be continued to Monday, October 6, 2025 at 9:00 a.m.

Counsel is requesting a continuance due to being unavailable for personal matters. Mr. Maldonado is aware of counsel's unavailability and is willing to exclude time. I have spoken to AUSA Karen Escobar and Probation Officer Megan Pascual, and they have no objection to continuing the sentencing hearing.  The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and

3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 3, 2025   **/s/ Alekxia Torres Stallings**
ALEKXIA TORRES STALLINGS
Attorney for Defendant
RAMON MALDONADO

DATED: June 3, 2025   **/s/Karen Escobar**
KAREN ESCOBAR
Assistant U.S. Attorney

### ORDER

**IT IS SO ORDERED** that the sentencing hearing currently set for Monday, August 4, 2025, at 11:30 a.m. be continued to Monday, October 6, 2025 at 9:00 a.m.

Dated: June 4, 2025

_____
UNITED STATES DISTRICT JUDGE